IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| MICHAEL CAIN and JENNIFER CAIN, Individuals, | No. CV. 09-723-HU |
| Plaintiffs, | |
| v. | ORDER |
| BOVIS LEND LEASE, INC., a Florida corporation; and WILLAMETTE VALLEY MEDICAL CENTER, LLC, a Delaware limited liability company; | |
| Defendants and Third-Party Plaintiffs, | |
| v. | |
| WYLIE STEEL FABRICATORS, INC., a Tennessee corporation; and EARL SWENSSON ASSOCIATES, INC., a Tennessee corporation; | |
| Third-Party Defendants. | |

Ernest J. Simmons
621 SW Morrison, Suite 1300
Portland, OR 97205

1 - ORDER

Karen R. Thompson
1400 SW Montgomery
Portland, OR 97201

Robert K. Udziela
1515 SW Fifth Avenue, Suite 808
Portland, OR 97201

    Attorneys for Plaintiffs

John J. Soltys
William F. Knowles
Ramona N. Hunter
COZEN O'CONNOR
1201 Third Avenue, Suite 5200
Seattle, WA 98101

    Attorneys for Defendant and Third-Party
    Plaintiff Bovis Lend Lease, Inc.

Steven P. Jones
Karen V. Wiggins
KEATING JONES HUGHES PC
One SW Columbia, Suite 800
Portland, OR 97258

    Attorneys for Defendant and Third-Party
    Plaintiff Willamette Valley Medical Center, LLC

Matthew C. Casey
BULLIVANT HOUSER BAILEY, PC
300 Pioneer Tower
888 SW Fifth Avenue
Portland, OR 97204

    Attorney for Third-Party Defendant
    Wylie Steel Fabricators, Inc.

/ / /

/ / /

/ / /

2 - ORDER

Angela M. Otto
Tyler J. Storti
STEWART SOKOL & GRAY LLC
2300 SW First Ave., Suite 200
Portland, OR 97201

>   Attorneys for Third-Party Defendant
>   Earl Swensson Associates, Inc.

HERNANDEZ, District Judge:

Magistrate Judge Dennis J. Hubel issued a Findings and Recommendation (doc. #162) on July 14, 2011, in which he recommends that I grant in part and deny in part the motions for summary judgment (doc. #120, #127, and #132) filed by Willamette Valley Medical Center, LLC ("Willamette Valley"), Wylie Steel Fabricators, Inc. ("Wylie Steel"), and Bovis Lend Lease, Inc. ("Bovis") (collectively, "Defendants"), respectively. In the Findings and Recommendation, the Magistrate Judge also recommends that I grant the motion for partial summary judgment (doc. #123) filed by Earl Swensson Associates, Inc. ("ESA").

Plaintiff Michael Cain and Jennifer Cain (collectively, the "Cains") and Defendants timely filed objections to the Magistrate Judge's Findings and Recommendation. The matter is now before me pursuant to 28 U.S.C. § 636(b)(1) and Rule 72(b) of the Federal Rules of Civil Procedure.

When any party objects to any portion of the Magistrate Judge's Findings and Recommendation, the district court must make a <u>de novo</u> determination of that portion of the Magistrate Judge's report. 28 U.S.C. § 636(b)(1); <u>Dawson v. Marshall</u>, 561 F.3d 930, 932 (9th Cir. 2009); <u>United States v. Reyna–Tapia</u>, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc).

3 - ORDER

I have carefully considered the parties' objections and conclude that the objections do not provide a basis to modify the Findings and Recommendation. I have also reviewed the pertinent portions of the record <u>de novo</u> and find no error in the Magistrate Judge's Findings and Recommendation.

## CONCLUSION

The Court ADOPTS Magistrate Judge Hubel's Findings and Recommendation (doc. #162). Defendants' motions for summary judgment (doc. #120, #127, and #132) are therefore granted in part and denied in part, and ESA's motion for partial summary judgment (doc. #123) is granted. Oral argument is unnecessary.

IT IS SO ORDERED.

DATED this 12th day of September, 2011.

/s/ Marco A. Hernandez
Marco A. Hernandez
United States District Judge

4 - ORDER